## EDWARDS *et al.* v. BYNUM *et al.*

No. 5497. Opinion Filed June 16, 1914.

(141 Pac. 678.)

APPEAL AND ERROR—Review—Dismissal. (Syllabus in **St. L. & S. F. R. Co.** v. Nelson, 40 Okla. 143, 136 Pac. 590, is made the syllabus in this case.)

(Syllabus by the Court.)

*Error from District Court, Pittsburg County; Preslie B. Cole, Judge.*

Action by James H. Bynum and others against W. S. Edwards and others. Judgment for plaintiffs, and defendants bring error. Dismissed.

*Clayton & Clayton,* for plaintiffs in error.

*Matthews & Rosenwinkel,* for defendants in error.

PER CURIAM. This cause was tried in the district court of Pittsburg county, and judgment was rendered and entered on February 25, 1913. On February 28, 1913, defendants filed a motion for a new trial, which was overruled on March 21, 1913; whereupon they were granted 60 days in which to prepare and serve a case-made. For the reason that the filing of said motion was a vain thing, and plaintiffs in error did not prepare and serve a case-made within the three days allowed by statute from the rendition of the judgment, the appeal is dismissed. *St. L. & S. F. R. Co. v. Nelson,* 40 Okla. 143, 136 Pac. 590; *C., R. I. & P. Ry. Co. v. City of Shawnee,* 39 Okla. 728, 136 Pac. 591.